IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 169,<br><br>    Applicant,<br>vs.<br><br>THE PENTA BUILDING GROUP, INC.,<br><br>    Respondent.<br>_____/<br>THE PENTA BUILDING GROUP, INC.,<br><br>    Counterclaimant,<br>vs.<br><br>LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 169,<br><br>    Counter-Respondent.<br>_____/ | Case No.: 3:19-cv-00401 |

(Proposed)

**ORDER GRANTING SHORTENING OF TIME**

    The Motion For Shortening of Time of Applicant/Counter-Respondent Laborers' International Union of North America, Local 169, being presented to the Court and GOOD CAUSE APPEARING THEREFOR,

    **IT IS HEREBY ORDERED** that Respondent/Counterclaimant The Penta Building Group, Inc., shall have to and including

///

///

September 23, 2019, in which to file its Reply, if any, to Applicant's Motion For Extension Of Time.

**IT IS SO ORDERED** this 19th day of September 2019.

_____
United States Magistrate Judge